# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Gregory Lewis Allen | § | Case No. 14-36899 |
| Karen Ann Allen | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/10/2014 . The undersigned trustee was appointed on 10/10/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554 except that the trustee reserves, pursuant to 11 U.S.C. section 554(c), the estate's interest in the following: Asset #2 (Income Tax Refund) The filing of the Trustee's Final Report shall not be deemed an abandonment of the estate's interest in this asset. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $     4,929.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 80.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 1,107.34 |

        Leaving a balance on hand of[1]      $      3,741.66

The remaining funds are available for distribution.

    5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6. The deadline for filing non-governmental claims in this case was 07/22/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 955.42 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 955.42 , for a total compensation of $ 955.42 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/24/2015      By:/s/Zane L. Zielinski
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-36899 | ABG | Judge: | A. Benjamin Goldgar | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Gregory Lewis Allen | | | | Date Filed (f) or Converted (c): | 10/10/2014 (f) |
| | Karen Ann Allen | | | | 341(a) Meeting Date: | 12/01/2014 |
| For Period Ending: | 12/24/2015 | | | | Claims Bar Date: | 07/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1043 Brockhurst, University Park, Il (Debtors' Former Reside | 72,200.00 | 0.00 | | 0.00 | FA |
| 2. Income Tax Refund (u) | 0.00 | 3,821.66 | | 4,929.00 | FA |
| 3. Checking, savings or other financial accounts | 230.00 | 230.00 | | 0.00 | FA |
| 4. Household goods and furnishings, including audio, video, and | 8,000.00 | 0.00 | | 0.00 | FA |
| 5. Books and other art objects | 85.00 | 85.00 | | 0.00 | FA |
| 6. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 8. Interests in IRA, ERISA, Keogh, or other pension or profit s | Unknown | Unknown | | 0.00 | FA |
| 9. Interests in IRA, ERISA, Keogh, or other pension or profit s | Unknown | Unknown | | 0.00 | FA |
| 10. Automobiles, trucks, trailers, and other vehicles and access | 692.00 | 692.00 | | 0.00 | FA |
| 11. Automobiles, trucks, trailers, and other vehicles and access | 2,577.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $83,984.00 | $4,828.66 | | $4,929.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee received the tax return and is currently preparing a final report.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | Checking account with Bank America |
| RE PROP # | 4 | -- | Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans |
| RE PROP # | 5 | -- | Books, CD's, DVD's, Tapes/Records, Family Pictures |
| RE PROP # | 6 | -- | Necessary wearing apparel |
| RE PROP # | 7 | -- | Term Life Insurance - No Cash Surrender Value |
| RE PROP # | 8 | -- | Pension w/ Employer/ Former Employer - 100% Exempt |
| RE PROP # | 9 | -- | Pension w/ Employer/ Former Employer - 100% Exempt |
| RE PROP # | 10 | -- | 1999 Dodge Intrepid |
| RE PROP # | 11 | -- | 2003 GMC Envoy with over 178,000 miles Exemptions under 735 ILCS 5/12-1001(c) and (b) |

Exhibit A

Initial Projected Date of Final Report (TFR): 12/01/2015     Current Projected Date of Final Report (TFR): 12/01/2015

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-36899 | | Trustee Name: | Zane L. Zielinski |
| Case Name: | Gregory Lewis Allen | | Bank Name: | Associated Bank |
| | Karen Ann Allen | | Account Number/CD#: | XXXXXX4230 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1956 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/24/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx5033 | Transfer of Funds | 9999-000 | $4,899.00 | | $4,899.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,889.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,879.00 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,869.00 |
| 10/28/15 | 5001 | Gregory Allen and Karen Ann Allen 3533 Huntley Terrace Crete, IL 60417 | debtors' post petition interest in the tax refund | 8500-002 | | $1,107.34 | $3,761.66 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,751.66 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,741.66 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $4,899.00 | $1,157.34 |
| Less: Bank Transfers/CD's | $4,899.00 | $0.00 |
| Subtotal | $0.00 | $1,157.34 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $1,157.34 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*   Page Subtotals:   $4,899.00   $1,157.34

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 14-36899 | Trustee Name: Zane L. Zielinski | |
| Case Name: Gregory Lewis Allen | Bank Name: The Bank of New York Mellon | |
| Karen Ann Allen | Account Number/CD#: XXXXXX5033 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1956 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/24/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/16/15 | 2 | United States Treasury | Tax Refund | 1224-000 | $4,929.00 | | $4,929.00 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,919.00 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,909.00 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,899.00 |
| 07/14/15 | | Transfer to Acct # xxxxxx4230 | Transfer of Funds | 9999-000 | | $4,899.00 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $4,929.00 | $4,929.00 |
| Less: Bank Transfers/CD's | $0.00 | $4,899.00 |
| Subtotal | $4,929.00 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,929.00 | $30.00 |

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4230 - Checking | $0.00 | $1,157.34 | $3,741.66 |
| XXXXXX5033 - Checking | $4,929.00 | $30.00 | $0.00 |
|  | $4,929.00 | $1,187.34 | $3,741.66 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,929.00 |
| Total Gross Receipts: | $4,929.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-36899  
Debtor Name: Gregory Lewis Allen  
Claims Bar Date: 7/22/2015

Date: December 24, 2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8500 | Gregory Allen and Karen Ann Allen | Administrative | | $0.00 | $0.00 | $1,107.34 |
| 100 2100 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $955.42 | $955.42 |
| 1 300 7100 | U.S. Department Of Education<br>C/O Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, Co 80014 | Unsecured | | $0.00 | $5,995.17 | $5,995.17 |
| 2 300 7100 | Sir Finance<br>Bankruptcy Department<br>6140 N. Lincoln Ave.<br>Chicago,Il 60659 | Unsecured | | $0.00 | $1,522.95 | $1,522.95 |
| 3 300 7100 | Brother Loan & Finance Co.<br>Bankruptcy Department<br>7621 W. 63Rd St.<br>Summit,Il 60501 | Unsecured | | $0.00 | $5,119.35 | $5,119.35 |
| 4 300 7100 | Aaa Checkmate Llc<br>Bankruptcy Department<br>7647 W. 63Rd St.<br>Summit,Il 60501 | Unsecured | | $0.00 | $4,722.47 | $4,722.47 |
| | Case Totals | | | $0.00 | $18,315.36 | $19,422.70 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 1     Printed: December 24, 2015

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-36899
Case Name: Gregory Lewis Allen
  Karen Ann Allen
Trustee Name: Zane L. Zielinski

| | | |
|---|---|---|
| Balance on hand | $ | 3,741.66 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $ 955.42 | $ 0.00 | $ 955.42 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 955.42 |
| Remaining Balance | $ 2,786.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,359.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | U.S. Department Of Education | $ 5,995.17 | $ 0.00 | $ 962.21 |
| 2 | Sir Finance | $ 1,522.95 | $ 0.00 | $ 244.43 |
| 3 | Brother Loan & Finance Co. | $ 5,119.35 | $ 0.00 | $ 821.65 |
| 4 | Aaa Checkmate Llc | $ 4,722.47 | $ 0.00 | $ 757.95 |
| | Total to be paid to timely general unsecured creditors | | | $ 2,786.24 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE