UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                  §
                                        §
Gregory Lewis Allen                     §       Case No. 14-36899
Karen Ann Allen                         §
                                        §
                                        §
         Debtors                        §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Zane L. Zielinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        219 S. Dearborn Street
        Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:00 AM on 02/19/2016 in Courtroom ,

        Second Floor
        Joliet City Hall Building
        150 West Jefferson Street
        Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/25/2016            By: /s/ Zane L. Zielinski
                                        Chapter 7 Trustee

*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                              §
                                    §
Gregory Lewis Allen                 §    Case No. 14-36899
Karen Ann Allen                     §
                                    §
            Debtors                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,929.00 |
| and approved disbursements of | $ | 1,187.34 |
| leaving a balance on hand of[1] | $ | 3,741.66 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Zane L. Zielinski | $ 955.42 | $ 0.00 | $ 955.42 |
| Total to be paid for chapter 7 administrative expenses | | $ | 955.42 |
| Remaining Balance | | $ | 2,786.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,359.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | U.S. Department Of Education | $ 5,995.17 | $ 0.00 | $ 962.21 |
| 2 | Sir Finance | $ 1,522.95 | $ 0.00 | $ 244.43 |
| 3 | Brother Loan & Finance Co. | $ 5,119.35 | $ 0.00 | $ 821.65 |
| 4 | Aaa Checkmate Llc | $ 4,722.47 | $ 0.00 | $ 757.95 |

Total to be paid to timely general unsecured creditors    $    2,786.24

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Zane L. Zielinski
Chapter 7 Trustee

*Zane L. Zielinski*
*6336 N. Cicero Avenue*
*Suite 201*
*Chicago, Illinois 60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-36899-BWB
Gregory Lewis Allen                                             Chapter 7
Karen Ann Allen
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nbatson              Page 1 of 2           Date Rcvd: Jan 26, 2016
                              Form ID: pdf006            Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 28, 2016.
db/jdb         +Gregory Lewis Allen,    Karen Ann Allen,    3533 Huntley Terrace,    Crete, IL 60417-1318
22504598      ++AAA CHECKMATE LLC,    7647 W 63RD ST,    SUMMIT IL 60501-1811
                (address filed with court: AAA Checkmate LLC,    Bankruptcy Department,    7647 W. 63rd St.,
                Summit,IL 60501)
22504594       +ACL Laboratories,    Billing,   PO Box 27901,    West Allis,WI 53227-0901
22504608       +Advocate Medical Group,    Bankruptcy Department,    21014 Network Place,    Chicago,IL 60673-1210
22504595      #+Advocate Medical Group, SC,    Bankruptcy Department,    701 Lee St., Ste. 300,
                Des Plaines,IL 60016-4545
22504618       +Aqua Illinois Inc.,    762 W. Lancaster Avenue,    Rosemont,PA 19010-3402
22504599      ++BROTHER LOAN AND FINANCE COMPANY,    7621 W 63RD ST,    SUMMIT IL 60501-1811
                (address filed with court: Brother Loan & Finance Co.,    Bankruptcy Department,
                7621 W. 63rd St.,    Summit,IL 60501)
22504583       +Central Credit Services Inc.,    Bankruptcy Dept.,    PO Box 15118,   Jacksonville,FL 32239-5118
22504607       +Chicago Foot Care Centers,    3000 N. Halsted, Ste 821,    Chicago,IL 60657-6185
22504602        Consultants in Pathology,    Bankruptcy Department,    PO Box 9231,    Michigan City,IN 46361-9231
22504590       +DS Waters OF America INC,    C/O CBA Collection Bureau,    25954 Eden Landing Rd,
                Hayward,CA 94545-3816
22504588       +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta,GA 30374-0241
22504611       +Evergreen Healthcare Center, LLC,    10124 S. Kedzie Avenue,    Evergreen Park,IL 60805-3738
22504587       +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen,TX 75013-2002
22504604       +Franciscan Alliance,    Bankruptcy Dept,    37653 Eagle Way,    Chicago,IL 60678-1376
22504597       +Harris & Harris Ltd.,    Bankruptcy Department,    111 W Jackson Blvd Ste 400,
                Chicago,IL 60604-4135
22504589       +Illinois Collection SE,    Attn: Bankruptcy Dept.,    8231 185Th St Ste 100,
                Tinley Park,IL 60487-9356
22504601       +Illinois Title Loan,    1645 Western Ave,    Chicago Heights,IL 60411-3149
22504606       +Little Company of Mary Hosp.,    Bankruptcy Department,    2800 W. 95th St.,
                Evergreen Park,IL 60805-2701
22504609       +Malcolm S. Gerald and Assoc.,    Bankruptcy Dept.,    332 S. Michigan Ave., Ste. 600,
                Chicago,IL 60604-4318
22504613       +Mokena Foot & Ankle,    19841 S. Wolf Road,    Mokena,IL 60448-1315
22504612       +OakLawn Rad - S Suburban,    37241 Eagle Way,    Chicago,IL 60678-1372
22504616       +Performance Foot and Ankle Center,    401 East 162nd St, Ste 101,    South Holland,IL 60473-2237
22504592       +Pierce & Associates,    Bankruptcy Dept.,    1 N. Dearborn St. #1300,    Chicago,IL 60602-4321
22504610       +Scheck and Siress Prosthetics, Inc,    1 S. 376 Summit Ave Court E,
                Oakbrook Terrace,IL 60181-3969
22504617       +Suburban Wound Care,    1730 Park Street, Ste 101,    Naperville,IL 60563-1290
22504586        Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,    Chester,PA 19022
22504615       +United Equitable Insurance Company,    1043 Brockhurst Ct,    University Park,IL 60484-3217
22504596       +United Recovery Service LLC,    Bankruptcy Dept.,    18525 Torrence Ave., Ste. C-6,
                Lansing,IL 60438-2891
22550682       +Wells Fargo Bank, NA,    c/o Pierce and Associates,    1 N. Dearborn, Suite 1300,
                Chicago, Il 60602-4321
22504591       +Wells Fargo Home Mortgage,    Bankruptcy Department,    PO Box 5296,    Carol Stream,IL 60197-5296
22504593       +Will County Circuit Court,    Bankruptcy Dept.,    14 W. Jefferson St,    Joliet,IL 60432-4300
22504603       +Zmedi at Tinley Park,    P.O. Box 1033,    Yorkville,IL 60560-0896

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22504581       +E-mail/Text: Supportservices@receivablesperformance.com Jan 27 2016 01:34:32      AT T Wireline,
                C/O Receivables Performanc,    20816 44Th Ave W,    Lynnwood,WA 98036-7744
22504584       +E-mail/Text: electronicbkydocs@nelnet.net Jan 27 2016 01:32:13      DEPT OF EDUCATION/NELN,
                Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
22504582       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 27 2016 02:15:25      Regional Acceptance CO,
                Attn: Bankruptcy Dept.,    304 Kellm Road,    Virginia Beach,VA 23462-2712
22504600       +E-mail/Text: merle@sirfinance.com Jan 27 2016 01:34:32      Sir Finance,    Bankruptcy Department,
                6140 N. Lincoln Ave.,    Chicago,IL 60659-2318
22504605       +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Jan 27 2016 01:34:30
                South Suburban Hospital,    Bankruptcy Department,    17800 Kedzie Ave.,
                Hazel Crest,IL 60429-2029
23223555       +E-mail/Text: electronicbkydocs@nelnet.net Jan 27 2016 01:32:13      U.S. Department of Education,
                C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22504585*      +DEPT OF EDUCATION/NELN,    Attn: Bankruptcy Dept.,    121 S 13Th St,    Lincoln,NE 68508-1904
22504614*      +Sir Finance,    Bankruptcy Department,    6140 N. Lincoln Ave.,    Chicago,IL 60659-2318
                                                                                              TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: nbatson              Page 2 of 2                   Date Rcvd: Jan 26, 2016
                               Form ID: pdf006            Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2016 at the address(es) listed below:
```
              Andrew J Nelson    on behalf of Creditor    Wells Fargo Bank, NA anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Dana N O'Brien    on behalf of Creditor    Wells Fargo Bank, NA dana.obrien@pierceservices.com,
               northerndistrict@atty-pierce.com;veronica.frausto@pierceservices.com
              Jon K. Clasing    on behalf of Debtor 1 Gregory Lewis Allen ndil@geracilaw.com
              Jon K. Clasing    on behalf of Debtor 2 Karen Ann Allen ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Zane L. Zielinski    trustee@zanezielinski.com,
               zzielinski@ecf.epiqsystems.com;nbouchard@wfactorlaw.com;bharlow@wfactorlaw.com;zzielinski@wfactor
               law.com
                                                                                             TOTAL: 6
```