UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Gregory Lewis Allen | § | Case No. 14-36899 |
| Karen Ann Allen | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 73,384.00                      Assets Exempt: 10,600.00
*(Without deducting any secured claims)*


Total Distributions to Claimants: 2,786.24       Claims Discharged
                                                 Without Payment:  109,503.70


Total Expenses of Administration: 1,035.42

---

3) Total gross receipts of $ 4,929.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,107.34  (see **Exhibit 2**), yielded net receipts of $ 3,821.66  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 62,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,035.42 | 1,035.42 | 1,035.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 41,977.00 | 17,359.94 | 17,359.94 | 2,786.24 |
| **TOTAL DISBURSEMENTS** | $ 103,977.00 | $ 18,395.36 | $ 18,395.36 | $ 3,821.66 |

    4) This case was originally filed under chapter 7 on 10/10/2014. The case was pending for 19 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2016　　　By:/s/Zane L. Zielinski
　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Income Tax Refund | 1224-000 | 4,929.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 4,929.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| and Karen Ann Allen, Gregory Allen | Non-Estate Funds Paid to Third Parties | 8500-002 | 1,107.34 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,107.34** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Home Mortgage Bankruptcy Department PO Box 5296 Carol Stream IL 60197 | | 62,000.00 | NA | NA | 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pierce & Associates Bankruptcy Dept. 1 N. Dearborn St. #1300 Chicago IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Will County Circuit Court Bankruptcy Dept. 14 W. Jefferson St Joliet IL 60432 | | 0.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 62,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 955.42 | 955.42 | 955.42 |
| Associated Bank | 2600-000 | NA | 50.00 | 50.00 | 50.00 |
| The Bank of New York Mellon | 2600-000 | NA | 30.00 | 30.00 | 30.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 1,035.42** | **$ 1,035.42** | **$ 1,035.42** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | DEPT OF EDUCATION/NELN Attn: Bankruptcy Dept. 121 S 13Th St Lincoln NE 68508 | | 1,881.00 | NA | NA | 0.00 |
| 12 | DS Waters OF America INC C/O CBA Collection Bureau 25954 Eden Landing Rd Hayward CA 94545 | | 455.00 | NA | NA | 0.00 |
| 13 | Evergreen Healthcare Center, LLC 10124 S. Kedzie Avenue Evergreen Park IL 60805 | | 30.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 14 Franciscan Alliance Bankruptcy Dept 37653 Eagle Way Chicago IL 60678 | | 550.00 | NA | NA | 0.00 |
| | 15 Harris & Harris Ltd. Bankruptcy Department 111 W Jackson Blvd Ste 400 Chicago IL 60604 | | 500.00 | NA | NA | 0.00 |
| | 16 Illinois Collection SE Attn: Bankruptcy Dept. 8231 185Th St Ste 100 Tinley Park IL 60487 | | 70.00 | NA | NA | 0.00 |
| | 18 Little Company of Mary Hosp. Bankruptcy Department 2800 W. 95th St. Evergreen Park IL 60805 | | 15.00 | NA | NA | 0.00 |
| | 19 Mokena Foot & Ankle 19841 S. Wolf Road Mokena IL 60448 | | 60.00 | NA | NA | 0.00 |
| | 2 ACL Laboratories Billing PO Box 27901 West Allis WI 53227 | | 1,441.00 | NA | NA | 0.00 |
| | 20 OakLawn Rad - S Suburban 37241 Eagle Way Chicago IL 60678 | | 8.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 21 Performance Foot and Ankle Center 401 East 162nd St, Ste 101 South Holland IL 60473 | | 757.00 | NA | NA | 0.00 |
| | 22 Regional Acceptance CO Attn: Bankruptcy Dept. 304 Kellm Road Virginia Beach VA 23462 | | 17,116.00 | NA | NA | 0.00 |
| | 23 Scheck and Siress Prosthetics, Inc 1 S. 376 Summit Ave Court E Oakbrook Terrace IL 60181 | | 400.00 | NA | NA | 0.00 |
| | 24 Sir Finance Bankruptcy Department 6140 N. Lincoln Ave. Chicago IL 60659 | | 1,239.00 | NA | NA | 0.00 |
| | 26 South Suburban Hospital Bankruptcy Department 17800 Kedzie Ave. Hazel Crest IL 60429 | | 1,800.00 | NA | NA | 0.00 |
| | 27 Suburban Wound Care 1730 Park Street, Ste 101 Naperville IL 60563 | | 2,565.00 | NA | NA | 0.00 |
| | 28 United Equitable Insurance Company 1043 Brockhurst Ct University Park IL 60484 | | 2,865.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 29 Zmedi at Tinley Park P.O. Box 1033 Yorkville IL 60560 | | 45.00 | NA | NA | 0.00 |
| | 3 Advocate Medical Group Bankruptcy Department 21014 Network Place Chicago IL 60673 | | 40.00 | NA | NA | 0.00 |
| | 4 Advocate Medical Group, SC Bankruptcy Department 701 Lee St., Ste. 300 Des Plaines IL 60016 | | 151.00 | NA | NA | 0.00 |
| | 5 Aqua Illinois Inc. 762 W. Lancaster Avenue Rosemont PA 19010 | | 300.00 | NA | NA | 0.00 |
| | 6 AT T Wireline C/O Receivables Performanc 20816 44Th Ave W Lynnwood WA 98036 | | 118.00 | NA | NA | 0.00 |
| | 7 Brother Loan & Finance Co. Bankruptcy Department 7621 W. 63rd St. Summit IL 60501 | | 500.00 | NA | NA | 0.00 |
| | 8 Chicago Foot Care Centers 3000 N. Halsted, Ste 821 Chicago IL 60657 | | 15.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9 Consultants in Pathology Bankruptcy Department PO Box 9231 Michigan City IN 46361-9231 | | 9.00 | NA | NA | 0.00 |
| | Central Credit Services Inc. Bankruptcy Dept. PO Box 15118 Jacksonville FL 32239 | | 0.00 | NA | NA | 0.00 |
| | Malcolm S. Gerald and Assoc. Bankruptcy Dept. 332 S. Michigan Ave., Ste. 600 Chicago IL 60604 | | 0.00 | NA | NA | 0.00 |
| | United Recovery Service LLC Bankruptcy Dept. 18525 Torrence Ave., Ste. C-6 Lansing IL 60438 | | 0.00 | NA | NA | 0.00 |
| 4 | Aaa Checkmate Llc | 7100-000 | 500.00 | 4,722.47 | 4,722.47 | 757.95 |
| 3 | Brother Loan & Finance Co. | 7100-000 | 3,311.00 | 5,119.35 | 5,119.35 | 821.65 |
| 2 | Sir Finance | 7100-000 | 1,323.00 | 1,522.95 | 1,522.95 | 244.43 |
| 1 | U.S. Department Of Education | 7100-000 | 3,913.00 | 5,995.17 | 5,995.17 | 962.21 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 41,977.00 | $ 17,359.94 | $ 17,359.94 | $ 2,786.24 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-36899 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|
| Case Name: | Gregory Lewis Allen | | | | Date Filed (f) or Converted (c): | 10/10/2014 (f) |
| | Karen Ann Allen | | | | 341(a) Meeting Date: | 12/01/2014 |
| For Period Ending: | 05/11/2016 | | | | Claims Bar Date: | 07/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1043 Brockhurst, University Park, Il (Debtors' Former Reside | 72,200.00 | 0.00 | | 0.00 | FA |
| 2. Income Tax Refund (u) | 0.00 | 3,821.66 | | 4,929.00 | FA |
| 3. Checking, savings or other financial accounts | 230.00 | 230.00 | | 0.00 | FA |
| 4. Household goods and furnishings, including audio, video, and | 8,000.00 | 0.00 | | 0.00 | FA |
| 5. Books and other art objects | 85.00 | 85.00 | | 0.00 | FA |
| 6. Wearing Apparel | 200.00 | 0.00 | | 0.00 | FA |
| 7. Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 8. Interests in IRA, ERISA, Keogh, or other pension or profit s | Unknown | Unknown | | 0.00 | FA |
| 9. Interests in IRA, ERISA, Keogh, or other pension or profit s | Unknown | Unknown | | 0.00 | FA |
| 10. Automobiles, trucks, trailers, and other vehicles and access | 692.00 | 692.00 | | 0.00 | FA |
| 11. Automobiles, trucks, trailers, and other vehicles and access | 2,577.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $83,984.00 | $4,828.66 | | $4,929.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee received the tax return and is currently preparing a final report.

| | | | | |
|---|---|---|---|---|
| RE PROP # | 3 | -- | Checking account with Bank America | |
| RE PROP # | 4 | -- | Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans | Exhibit 8 |
| RE PROP # | 5 | -- | Books, CD's, DVD's, Tapes/Records, Family Pictures | |
| RE PROP # | 6 | -- | Necessary wearing apparel | |
| RE PROP # | 7 | -- | Term Life Insurance - No Cash Surrender Value | |
| RE PROP # | 8 | -- | Pension w/ Employer/ Former Employer - 100% Exempt | |
| RE PROP # | 9 | -- | Pension w/ Employer/ Former Employer - 100% Exempt | |
| RE PROP # | 10 | -- | 1999 Dodge Intrepid | |
| RE PROP # | 11 | -- | 2003 GMC Envoy with over 178,000 miles<br>Exemptions under 735 ILCS 5/12-1001(c) and (b) | |

Initial Projected Date of Final Report (TFR): 12/01/2015     Current Projected Date of Final Report (TFR): 12/01/2015

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-36899 | Trustee Name: | Zane L. Zielinski |
| Case Name: | Gregory Lewis Allen | Bank Name: | Associated Bank |
| | Karen Ann Allen | Account Number/CD#: | XXXXXX4230 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1956 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 05/11/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/14/15 | | Transfer from Acct # xxxxxx5033 | Transfer of Funds | 9999-000 | $4,899.00 | | $4,899.00 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,889.00 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,879.00 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,869.00 |
| 10/28/15 | 5001 | Gregory Allen and Karen Ann Allen<br>3533 Huntley Terrace<br>Crete, IL 60417 | debtors' post petition interest in the tax refund | 8500-002 | | $1,107.34 | $3,761.66 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,751.66 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,741.66 |
| 02/20/16 | 5002 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $955.42 | $2,786.24 |
| 02/20/16 | 5003 | U.S. Department Of Education<br>C/O Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, Co 80014 | Final distribution to claim 1 representing a payment of 16.05 % per court order. | 7100-000 | | $962.21 | $1,824.03 |
| 02/20/16 | 5004 | Sir Finance<br>Bankruptcy Department<br>6140 N. Lincoln Ave.<br>Chicago,Il 60659 | Final distribution to claim 2 representing a payment of 16.05 % per court order. | 7100-000 | | $244.43 | $1,579.60 |
| 02/20/16 | 5005 | Brother Loan & Finance Co.<br>Bankruptcy Department<br>7621 W. 63Rd St.<br>Summit,Il 60501 | Final distribution to claim 3 representing a payment of 16.05 % per court order. | 7100-000 | | $821.65 | $757.95 |

Page Subtotals: $4,899.00    $4,141.05

UST Form 101-7-TDR (10/1/2010) (Page: 12)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-36899 | Trustee Name: Zane L. Zielinski |
| Case Name: Gregory Lewis Allen | Bank Name: Associated Bank |
| Karen Ann Allen | Account Number/CD#: XXXXXX4230 |
| | Checking |
| Taxpayer ID No: XX-XXX1956 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/11/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/20/16 | 5006 | Aaa Checkmate Llc<br>Bankruptcy Department<br>7647 W. 63Rd St.<br>Summit,Il 60501 | Final distribution to claim 4 representing a payment of 16.05 % per court order. | 7100-000 | | $757.95 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,899.00 | $4,899.00 |
| Less: Bank Transfers/CD's | $4,899.00 | $0.00 |
| Subtotal | $0.00 | $4,899.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $4,899.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

Page Subtotals: $0.00 $757.95

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-36899 | Trustee Name: Zane L. Zielinski | |
| Case Name: Gregory Lewis Allen | Bank Name: The Bank of New York Mellon | |
| Karen Ann Allen | Account Number/CD#: XXXXXX5033 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1956 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 05/11/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/16/15 | 2 | United States Treasury | Tax Refund | 1224-000 | $4,929.00 | | $4,929.00 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,919.00 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,909.00 |
| 07/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,899.00 |
| 07/14/15 | | Transfer to Acct # xxxxxx4230 | Transfer of Funds | 9999-000 | | $4,899.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $4,929.00 | $4,929.00 |
| Less: Bank Transfers/CD's | $0.00 | $4,899.00 |
| Subtotal | $4,929.00 | $30.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,929.00 | $30.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

Page Subtotals: $4,929.00 $4,929.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4230 - Checking | $0.00 | $4,899.00 | $0.00 |
| XXXXXX5033 - Checking | $4,929.00 | $30.00 | $0.00 |
|  | $4,929.00 | $4,929.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $4,929.00 |
| Total Gross Receipts: | $4,929.00 |